171 A.3d 1267

IN RE: ACCUTANE LITIGATION

M–183 Sept.Term 2017
079958

October 20, 2017

ORDER

It is ORDERED that the motion of the Healthcare Institute of New Jersey, the New Jersey Business & Industry Association, the Commerce and Industry Association of New Jersey, and the New Jersey Chambers of Commerce for leave to file a brief and argue as amicus curiae is granted. The parties may serve and file response briefs on or before November 15, 2017. If the petition for certification is granted, oral argument is limited to five minutes.